# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br><br>Arthur Garcia<br>DOB: xx/xx/1963; United States Citizen | **VICTIM**<br><br>MAGISTRATE'S CASE NO.<br>**16-07481MJ** |

Complaint for violation of Title 18, United States Code § 111( a) and (b)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

Count One
On or about November 4, 2016, at or near Three Points in the District of Arizona, the defendant **Arthur Garcia**, did intentionally and forcibly assault United States Border Patrol agent Benjamin Wheeler, an agent of the United States while agent Wheeler was engaged in, or on account of the performance of his duties by intentionally threatening Agent Wheeler with a rifle; all in violation of Title 18 U.S.C. Section 111(a) and (b).

Count Two
On or about November 4, 2016, at or near Three Points in the District of Arizona, the defendant **Arthur Garcia**, did intentionally and forcibly assault United States Border Patrol agent Scott Kozma, an agent of the United States while agent Kozma was engaged in, or on account of the performance of his duties by intentionally threatening Agent Kozma with a rifle; all in violation of Title 18 U.S.C. Section 111(a) and (b).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On November 4, 2016, United States Border Patrol Agent Scott Kozma and Benjamin Wheeler were on duty near Three Points in the District of Arizona. Agent Kozma was driving Wheeler to a location so that Wheeler could walk to his vehicle. They came to a fence and saw a truck driven by the defendant, Arthur Garcia, on the other side. The agents exited their vehicle and approached Garcia. Agent Kozma attempted to make friendly conversation with Garcia. Garcia drove about fifteen feet, reached down and pulled a rifle up. Garcia's action caused Wheeler to move his hand to his pistol. Garcia swung the rifle towards the agents causing them to fear that he was going to shoot them. Agent Kozma raised his voice and said. "NO!". Garcia put the rifle down and told the agents that he was coming for them, that he had had enough of them and he was going to put an end to these problems. Garcia drove off.

**MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>COMPLAINT REVIEWED by AUSA Figueroa<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE & NAME:<br>Ryan Worden, U. S. Border Patrol Agent |
|---|---|

Sworn to before me and subscribed in my presence.

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>November 7, 2016 |
|---|---|

[1] See Federal rules of Criminal Procedure Rules 3 and 54